UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFERY KAM HUNG CHU,<br><br>    Defendant. | CASE NO. CR 14-0539 WHA<br><br>[~~PROPOSED~~] FINAL ORDER OF FORFEITURE |

On September 8, 2015, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Jeffery Kam Hung Chu pursuant to Title 21, United States Code, Section 853(a)(1) & (2):

- $128,517 in U.S. Currency.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petition claiming the property has been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(a)(1) & (2) and that all rights, title, and interest in the property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:  December 7, 2015.

_____
WILLIAM ALSUP
United States District Judge

[~~PROPOSED~~] FINAL ORDER OF FORFEITURE - CHU
CR 14-0539 WHA                     1