COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
SETH MORRIS, SBN 244910
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Facsimile (510) 558-8401

Attorneys for Defendant
JEFFREY CHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs<br><br>JEFFREY CHU,<br><br>    Defendant, | Case No. CR14-00539-WHA<br><br>ORDER TO RELEASE DEFENDANT JEFFREY CHU'S PASSPORT TO CHUN YAN MAI |

    IT IS HEREBY ORDERED that Pretrial Services shall release defendant JEFFREY CHU'S passport to CHUN YAN MAI.

IT IS SO ORDERED.

DATED: August 29, 2016.                   _____
                                              HONORABLE WILLIAM ALSUP
                                              United States Magistrate Judge