IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFREY CHU,<br><br>    Defendant.<br>                                       / | No. CR 14-00539 WHA<br><br>**REQUEST FOR PROBATION AND GOVERNMENT RESPONSE** |

    Defendant Jeffrey Chu has filed a pro se letter asking if he is eligible for a sentencing reduction under the minor role amendment to the guidelines (Amendment 794) and *United States v. Quintero-Leyva*, 823 F.3d 519, 521 (9th Cir. 2016).

    The government and probation are requested to respond by **OCTOBER 17, 2016.**

    **IT IS SO ORDERED.**

Dated: October 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE